JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHEN,<br><br>        Plaintiff(s),<br><br>VS.<br><br>WESTFIELD MALL, et al.<br><br>        Defendant(s). | Case No. CV 12-08409-RGK (MANx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On May 17, 2013, an Order to Show Cause re Dismissal re Lack of Prosecution was issued, requiring a response by May 28, 2013 (DE 7). On May 29, 2013, plaintiff filed a response to the Order to Show Cause.

The Court does not find that any good cause exists for failure to timely serve the summons and complaint, and orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 6, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE